Matter of Roy (2024 NY Slip Op 04435)

Matter of Roy

2024 NY Slip Op 04435

Decided on September 12, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 12, 2024

PM-181-24
[*1]In the Matter of Ananda Bikash Roy, an Attorney. (Attorney Registration No. 4576831.)

Calendar Date:September 3, 2024

Before:Garry, P.J., Clark, Aarons, Fisher and Mackey, JJ.

Ananda Bikash Roy, Angier, North Carolina, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Ananda Bikash Roy was admitted to practice by this Court in 2008 and lists a business address in Angier, North Carolina with the Office of Court Administration. Roy now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Deputy Chief Attorney.
Upon reading Roy's affidavit sworn to June 4, 2024 and filed July 8, 2024, Roy's supplemental affidavit sworn to August 22, 2024 and filed August 27, 2024, and upon reading the August 2, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Roy is presently delinquent in his New York attorney registration requirements, having failed to register for the 2024-2025 biennial registration period (see Judiciary Law § 468-a; Rules of Chief Admr of Cts [22 NYCRR] § 118.1), we deny his application. Inasmuch as Roy is subject to potential disciplinary action (see Judiciary Law § 468-a [5]; Rules of Prof Conduct [22 NYCRR 1200.0] rule 8.4 [d]; see also Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1021 [3d Dept 2014]), he is ineligible for nondisciplinary resignation (see Matter of Cluff, 148 AD3d 1346, 1346 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]), and any future application by Roy must be supported by proof of his full satisfaction of the requirements of Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 (see Matter of Frank, 146 AD3d 1228, 1228-1229 [3d Dept 2017]).
Garry, P.J., Clark, Aarons, Fisher and Mackey, JJ., concur.
ORDERED that Ananda Bikash Roy's application for permission to resign is denied.